Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  20–18448–JKS
    Chapter:  11
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lerner New York, Inc.
  330 W. 34th Street
  9th Floor
  New York, NY 10001

Social Security No.:

Employer's Tax I.D. No.:
  13–3262137

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 22, 2021</u>        <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court